Fourth Department. June 4, 1913.) Action by John C. Schenck against the United States Health & Accident Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial granted in Corning City Court, with costs to appellant to abide event. New trial to be had on the 16th day of June at 10 a. m. *Held*, that there was a breach of warranty respecting the plaintiff's having been treated by a physician within the terms of the application; (2) that the finding of the jury that the injury was due to an accident to the car is contrary to and against the weight of the evidence.

SCHENCKE PIANO CO., Appellant, v. PHILADELPHIA CASUALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Schencke Piano Company against the Philadelphia Casualty Company. F. J. Sullivan, of New York City, for appellant. J. V. Bouvier, Jr., of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

SCHMIDT, Appellant, v. BRENNAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Eunice Niemoller Schmidt against John F. Brennan and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 N. Y. Supp. 229.

SCHMIDT, Respondent, v. PORTER SCREEN MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Fritz G. Schmidt against the Porter Screen Manufacturing Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

HOWARD, J., not sitting.

SCHMITT, Appellant, v. SCHMITT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Lillian Schmitt against Andrew Schmitt, Jr., and others.

PER CURIAM. Order of May 9, 1913, modified, so as to provide that, if appellant perfect her appeal, print the record, place the case on the calendar for Tuesday, June 17, 1913, and be ready for argument when reached, the motion to dismiss the appeal shall be denied; otherwise, motion to dismiss appeal granted. See, also, 141 N. Y. Supp. 1145.

SCHOPP, Respondent, v. STIRRUP, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Henry Schopp against Frank A. Stirrup. C. S. Petrasch, of New York City, for appellant. F. Wasserman, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, new trial ordered, costs to appellant to abide event, and finding that defendant was negligent reversed, on the ground that the verdict was against the weight of evidence. Settle order on notice.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by J. L. Emil Schueler against Mary Louise Dooley. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 141 N. Y. Supp. 1145.

SCHWEITZER, Respondent, v. UNION SWITCH & SIGNAL CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Annie Schweitzer, as administratrix, against the Union Switch & Signal Company. E. C. Sherwood, of New York City, for appellant. F. M. Patterson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHWIND, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Rose Schwind, as administratrix, etc., of William P. Schwind, deceased, against the Long Island Railroad Company. No opinion. Judgment unanimously affirmed, with costs. Appeal to Court of Appeals denied, 142 N. Y. Supp. 1143.

SCHWIND, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Rose Schwind, as administratrix, etc., of William P. Schwind, deceased, against the Long Island Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 142 N. Y. Supp. 1143) denied.

SCOFIELD, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by James M. Scofield against Mary E. Powers. M. S. Hoffman, of New York City, for appellant. G. H. Taylor, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCOGNAMILLO v. PASSARELLI et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Salvatore Scognamillo against Antonio Passarelli and others. No opinion. Motion granted; question certified; order filed. See, also, 142 N. Y. Supp. 382.

SCOTT, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Thomas Scott against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 143 App. Div. 697, 132 N. Y. Supp. 859.